# Third District Court of Appeal

## State of Florida

Opinion filed January 22, 2025.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D24-1644
Lower Tribunal No. 23-10828-SP-05
_____

**Rene A. Garcia,**
Appellant,

vs.

**Daryl Partlow, et al.,**
Appellees.

An Appeal from the County Court for Miami-Dade County, Diana Gonzalez-Whyte, Judge.

Rene A. Garcia, in proper person.

Daryl Partlow, in proper person.

Before SCALES, BOKOR, and GOODEN, JJ.

PER CURIAM.

Without a transcript of the trial, our review is limited to the face of the order on appeal. See <u>Applegate v. Barnett Bank of Tallahassee</u>, 377 So. 2d

1150, 1152 (Fla. 1979); <u>Hanna-Mack v. Bank of Am., N.A.</u>, 218 So. 3d 971, 973 (Fla. 3d DCA 2017); <u>Lafaille v. Lafaille</u>, 837 So. 2d 601, 604 (Fla. 1st DCA 2003). Finding no error on the face of the order, we affirm.

Affirmed.